FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 18  PM 4: 45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CEDRIC A. JAMISON** | CIVIL ACTION |
| **VERSUS** | NO. 06-8715 |
| **JACK STRAIN, ST. TAMMANY PARISH JAIL** | SECTION "N"(2) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the that the Motion to Dismiss (Rec. Doc. No. 12) filed by the petitioner, Cedric A. Jamison, be **GRANTED**.

**IT IS FURTHER ORDERED** that Jamison's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies, and otherwise as moot and for seeking relief which is not available.

New Orleans, Louisiana, this 17th day of May, 2007.

UNITED STATES DISTRICT JUDGE

Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____